# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOREEN SWIONTEK,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; and, DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 8:19-cv-00062-JVS-KES<br><br>**ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Honorable James V. Selna |

Upon consideration of the Parties' Stipulation, and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice as to all parties. Each party is to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: August 14, 2019　　　　By: /s/ James V. Selna
　　　　　　　　　　　　　　　　　Honorable James V. Selna
　　　　　　　　　　　　　　　　　United States District Judge